UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD WARE, | ) | CV 13-00755 SVW (RZ) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING IN PART |
| | ) | FINDINGS AND RECOMMENDATIONS OF |
| v. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| DAVID LONG, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. (Dkt. 6). Further, the Court has engaged in de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge, except as to the dismissal of the petition without prejudice. Instead, the Court believes the better course is as follows.

//
//
//
//
//

//

Within thirty (30) days of the date of this Order, Petitioner shall file either: (a) a request to amend the Petitioner to delete and abandon Petitioner's unexhausted claims; or (b) a request for dismissal of the entire Petitioner without prejudice.

    IT IS SO ORDERED.

DATED: May 21, 2013

                    STEPHEN V. WILSON
              UNITED STATES DISTRICT JUDGE