O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD E. WARE, | ) | CASE NO. CV 13-00755 SVW (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| DAVID LONG, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of REGINALD E. WARE, for a writ of habeas corpus. On May 21, 2013, the Court partially accepted the Magistrate Judge's Report finding that the petition is "mixed." Instead of dismissing the action at that time, however, the Court gave Petitioner 30 days to file either (1) a request to abandon the unexhausted claims or (2) a request for dismissal of the action without prejudice. In his June 24 Reply (timely mailed on June 19), Petitioner has chosen the latter option, explaining that his unexhausted claims are too important to abandon. Accordingly,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: July 23, 2013

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE